# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| BENNY CARRANZA, | Case No. ED CV 21-56-DMG (DFM) |
| Plaintiff, | JUDGMENT |
| v. | |
| RALPH DIAZ et al., | |
| Defendants. | |

Pursuant to the Order Dismissing Action for Failure to Prosecute, IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: June 7, 2021

DOLLY M. GEE
United States District Judge